In the Matter of the Application of Pablo Battle. — Order affirmed, without costs. Opinion *Per Curiam.*

James Scott, *Appellant, v.* Frederika Mendelbaum, *Respondent.*— Order modified by reducing the amount ordered to be paid to $100, and as modified affirmed, without costs to either party. Opinion *Per Curiam.*

Henry Y. Attrill, *Appellant, v.* The Rockaway Beach Improvement Company (Limited), *Respondent.* — Order modified as directed in opinion, and affirmed as modified, without costs of appeal to either party. Opinion *Per Curiam.*

John Hallock Drake, *Respondent, v.* Susan Rice, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Ella L. Winton, *Respondent, v.* Walter W. Winton, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

In the Matter of Henry La Farge. — Order affirmed, with ten dollars costs and disbursements.

Mary A. Parisen *Appellant, v.* John Townshend and Patrick Gilfoyle, *Respondents.* — Judgment affirmed, with leave to serve amended complaint within twenty days after service of a copy of the order to be entered hereon, on payment of costs of appeal and of the demurrer.